IN The united states District Court For The WV.

Armando Cardon Cortez,
Plaintiff

VS.

Three Wardens of Federal Prison's
Cannan Hazelton Gilmer Defendants

Number: 2:19-cv-00296

FILED
APR 18 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Complaint:

To whom it my Concern:
My name is Hermilo Dalmoran Calderon. but when I was arrested I was booked under Armando Cordon Cortez. on November 6 2007. I going to the County Jail Pensercola in Florida on May 2008 I was sent to A U.S.P Coleman-1- Aproximatelly A Year Later on 2009 I was transfere to Lee County USP I was detected something on my head but I can't identify what I had.

1

one year later I was an other transfere to Victorville U.S.P. a cause of my intentions of suicide went to Springfield Hospital for evaluation 6 months later I had another tranfere to Cannan U.S.P. on agust 2011 was the transfer. Aproximatelly on January 11 2013 see exhibit A - I had an incident where someone stab me at 630 a.m right. before entering the hallway in the kitchen. Went to Health Service to treat me Now I understand that they istalled the Technology in my head From the incident see exhibit B. Now I Feel when they move The accessories in my eyes see exhibit C. and

2

and my head, I feel 7 points with the technology that are scar's from the incident above mentioned

5 Years Later I was in Hazelton U.S.P., while I was ovethere they tried to cover the technology on my head with the same technology systen and for thin situacion I passed out. For Couple second's see exhibit D then I was put in the Shu for medical purpose. Now. I'm in F.C.I Gilmer an I am asking why I am under his technology system.

3

Noone Respond me Correctally an to my understand that The Responsible is where you are in Custody Because I feeling the technology in my stomach genitols As stimulacion see exhibit E then the technology is in my head my eye's my arms, Legs genitals I've explained a Request but havent gotten the proper responses this feeling is getting worse and they ve used the accessories that I don't need Because Im a inmate. I explaint to you a Little bit which is the Funciones of the technology The Technology move my eyes with the XR. Control my Arms Legs without Force.

4

The technology has taken control of my vision memorys. on phisiologicas needs wheter my concern. Certify that I am under technology system. 2 years ago "with the audio"

I would like to know why I am under his technology system

I would like to know exactly what I have by a Report

Because I don't belong none a Corporation

I Feel my health is worse. then "when they take me it off the technology"

5

Authorizes The Federal district Court. To exercise Jurisdiction over all civil actions. arisin under the Constitution Law, or statutes of United States or treaties a Case "arise" under Federal Law. if a well-pleaded Complaint established that the Plaintiff right to Relief Necesary depends on resolution. Bivens Action The name Comes From a Law suit

BIVENS V. Six unknown Named agents of Federal Bureau of Narcotics. 403. U.S 388 915 c.t 1999 29 LEd 2d 619 (1971). in which The Supreme Court. Established the right to bring a lawsuit For money demages against the officials acting under Color of Federal Law. For Violations of Constitutional Right's

# Jurisdiction

The court have original Jurisdiction to hear this case under 28. U.S.C. 1331

The Fourth amendment Provides that:
"The Right of the People to be Secure in their Person Violation of the Fourth amendment Command against unReasonable action by Federal agents acting under Color of Federal authority gives rise to a Federal cause of action against the Plaintiff For money demages Consequent upon the agents unconstitutional Conduct.

A- my body is property private.

B- I'm in Federal Prison so I'm Federal prisoner

There are Two main Elements to a Bivens Action
1 a Federal actor   -2 unConstitutional acts by that person

We are Comenback exhibit-B- that SAY he has something implanted in his head and that his Thoughts are being transmitted through the Radio officials. The Following. Has asked For help "getting rid of the radiation" walks arounds with aluminum Foil over his head" somebody moves mt head I feel a Force an energy TRying To Take over" associate auditory hallucinations not command described as" offensive inmate believes The Radiation is coming From prison ~~technology~~ to bother him ALSo they Throw way Two of mt tooth with the XR- see exhibit F

A prisoner claiming that Confiment Constitute cruel and unusual punishment in violation of the Federal Constitution 115 LED 2d 271, 501 US 294 Wilson V. seiter To meet The objective eight Amendment Standard You need to show that you where deprived of a basic human need or exposed to serious harm. 2- You must also show how you were injured. BArnar v. pulsipher 143 F3d 1299 1311 C10 cir 1998)

8

my injure is the technology implanted on my head a my "Lens" see exhibit -9- more technology "-to- -exhaustion" ms. SAAd wArden say that I have put Request that I am Being attacked or Bothered with a computher an Lazer and audio and they say the are From administration they wake me up at night and that I should not Fight my case or they will find me and cause me harm. I would Like it to stop Before my Health worsen's see date. 4-7-2018 - to sIs 10-22-2018 I would Like to closse the technology system From my eyes Because I can not doe my Human need's They are looking an me 24 Hours For day to "Health service. The Following. I find out that I have the technology system on all my body I would Like that you take all system From me and please if you don't have the adequacy material please take me out of Hospital Lewis V. Casey 518 U.S. 343 (1996) stated that in orden to get an insuntation a prisoner must show "actual o imminent injury" in this contex injury

9

see exhibit 1-2-3 The plaintiff present another injure to this Honorable court when they say you can not stay here for the technology system what happen in Cannan what Happen in Hazelton what's going on in Gilmer and the court may considere exhibits attached to the Complaint. Fayetteville investor VS. Commercial Brenders Inc. 936 F.2d 1462 1465 (4 cir 1991) Also see 1988 US CA §§ 3704 then the plaintiff ask to this action for money demages one million of Dollars adiscretion Hameny years are the injure by the Judge and for the injure. my Freedom

The united states Supreme court has extended Bivens in only two circumstances. on has been to provide a cause of action for a plaintiff petition who lacked any alternative Remedy. The plaintiff Armando Cardon Cortez aske this Honorable Court for Relief under Bivens action for demages and injure.

Respectfully Submitted. Armando Cardon Cortez

-10-

MY NAME IS: ARNOLDO GAMBOA 97023-024

I'AM WITNESS HOW ARMANDO CARDON CORTEZ, SUFFER EVERYDAY CAUSE, HIS PROBLEM

Since the plaintiff have with the technology 11 years but with the implanted I have 7 years. I would like to know w~~hat~~ or-

~~I aske to you~~ please take me his technology from my body no one enter to my Request.

demage
Because I am being attacked with the technology every day.

Because with the evidence that the plaintiff presented they are certifying that the plaintiff are with the technology system.

I'm sorry for my writing but I'm hispanis and I don't have help. If someone want to help me it bother's them.

-11-

My name is Dasion Stargel 76690-061 I'm here at FCI Gilmer with mr Cardon and I witness all of the pain and suffering he goes through daily.

I would Like to go the Hospital For take me oFF the technology. . Thank You.

## Proof of Service.

I certyFy that on 4-15-19 I mailed a copy oF this demand and attachments via FIrst class mail to the Following parties at the addresses listed below

District Court
300 Virginia St E
Room 2400 - Charleston.
WV. 25301

Armando Cardon Cortez
Rg. # 06875-017 · FCI Gilmer
P.O. Box 6000
Glenville WV. 26351

in addition to the above Proof oF Service all litigants who are currently institutionalized or incarcerated should indicate the Following statement on all documents to be Filed with this Court

I certiFy that this document was given to prison oFFicial on 4-15-19 For Forwarding to the Court I certiFy under the penalty oF perJury that the Foregoing is true and Correct.

Armando Cardon Cortez    28 U.S.A §1746 and 1621
Signature

-12-